NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN ROBERT ADAIR, DILJEET SINGH ATHWAL, AND JOHN SPENCER EMTAGE,**

*Appellants,*

v.

**PAUL J. CARTER AND LEONARD G. PRESTA,**

*Cross Appellants.*

---

2011-1212, -1213
(Interference No. 105,744)

---

Appeal from the United States Patent & Trademark Office, Board of Patent Appeals and Interferences.

---

## ORDER

Upon consideration of the cross-appellants' unopposed motion for an extension of time, until July 27, 2011, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 27 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Doreen Yatko Trujillo, Esq.
Oliver R. Ashe, Jr., Esq.

S24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 27 2011

JAN HORBALY
CLERK